IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05-cv-02086-EWN

DANIEL A. HEPNER, Chapter 7 Trustee
for the Will Hoover Company, and
JEANNE Y. JAGOW, Chapter 7 Trustee for
William Gordon Hoover, Jr.,

      Plaintiffs,

v.

UNITED STATES BANKRUPTCY
COURT FOR THE DISTRIC OF
COLORADO and
GUARANTY BANK & TRUST
COMPANY, a Banking Corporation, a/k/a
Guaranty Bank and Trust Company or
Guaranty Bank,

      Defendants.

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

The "Motion for Reconsideration of Order Denying Motion to Withdraw Reference" (document 8, filed November 10, 2005) and the "Motion for Partial Reconsideration of Bankruptcy Court's Order Regarding Defendant's Motion to Dismiss" (document 9, filed November 10, 2005) are DENIED for failure to comply with local.rule. 7.1A.

Dated:  November 14, 2005